IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re  Hector Briseno | ) | |
| Ana Briseno | ) | Case No. 12-02903 |
| | ) | Chapter 13 |
| Debtor(s) | ) | Judge Susan Pierson Sonderby |

## NOTICE OF MOTION

To:

Tom Vaughn, Chapter 13 Trustee, 55 East Monroe St., Suite 3850, Chicago, IL 60603, via electronic court notification;

Hector and Ana Briseno, 4731 S Wood, Apt 2, Chicago, IL 60609-0000, via U.S. mail;

All creditors received notice via the attached Notice of 341 Meeting of Creditors.

PLEASE TAKE NOTICE that on March 29, 2012, at 10:15 a.m. I shall appear before the Honorable Susan Pierson Sonderby in Courtroom 642 at 219 South Dearborn Street, Chicago, IL 60604 and present the attached motion and you may appear if you so choose. The Bankruptcy Court will hold a hearing to consider a request by Debtor(s) Counsel for payment of legal fees in the amount of $3500.00 plus expenses of $440.0, if there are no objections, the Court may confirm the plan and allow fees requested by Debtor's counsel to be paid through the plan.

/s/ Patrick J. Semrad
Attorney for Debtor
20 South Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by deposition the same in the U.S. Postal Service's mail box at 20 S. Clark Street, Chicago, IL 60603, on March 2, 2012, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ Patrick J. Semrad
Attorney for Debtor

| B9I (Official Form 9I) (Chapter 13 Case) (12/11) | Case Number **12−02903** |
|---|---|

<table><tr><td colspan="2" align="center">UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois</td></tr>
<tr><td colspan="2"># Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines<br>The debtor(s) listed below filed a chapter 13 bankruptcy case on January 27, 2012.<br><br>You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.</td></tr>
<tr><td colspan="2" align="center">**See Reverse Side For Important Explanations**</td></tr>
<tr><td colspan="2">Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Hector Briseno      Ana Briseno<br>4731 S. Wood      4731 S. Wood<br>Apt 2      Apt 2<br>Chicago, IL 60609      Chicago, IL 60609</td></tr>
<tr><td>Case Number: 12−02903<br>Office Code: 1</td><td>Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−3207<br>xxx−xx−3418</td></tr>
<tr><td>Attorney for Debtor(s) (name and address):<br>Edmundo Cuevas<br>Robert J Semrad & Associates, LLC<br>20 S Clark St, 28th Fl<br>Chicago, IL 60603<br>Telephone number: (312) − 9130625 Ext. 1160</td><td>Bankruptcy Trustee (name and address):<br>Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603<br>Telephone number: 312 294−5900</td></tr>
<tr><td colspan="2" align="center">## Meeting of Creditors:<br>Date: **February 29, 2012**      Time: **12:30 PM**<br>Location: **55 East Monroe, Suite 3850, Chicago, IL 60603**<br>**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**</td></tr>
<tr><td colspan="2">### Deadlines:<br>Papers must be *received* by the bankruptcy clerk's office by the following deadlines:<br>**Deadline to File a Proof of Claim:**<br>For all creditors (except a governmental unit): **May 29, 2012**      For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **July 25, 2012**<br>**Creditor with a Foreign Address:**<br>A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.<br>**Deadline to Object to Exemptions:**<br>Thirty (30) days after the *conclusion* of the meeting of creditors.<br>**Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees**<br>The debtor has not filed a plan as of this date. You will receive notice of the plan at a later date. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:<br>Date: **March 29, 2012**, Time: **10:15 AM**, Location: **219 South Dearborn, Courtroom 642, Chicago, IL 60604** .<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 3500.00**<br>If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.</td></tr>
<tr><td colspan="2">**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: April 30, 2012**</td></tr>
<tr><td colspan="2" align="center">### Creditors May Not Take Certain Actions:</td></tr>
<tr><td colspan="2">In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.</td></tr>
<tr><td>**Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1−866−222−8029</td><td>**For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner</td></tr>
<tr><td>Hours Open: Monday − Friday 8:30 AM − 4:30 PM</td><td>Date: January 30, 2012</td></tr></table>

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: Hector Briseno | ) | Case No. 12-02903 |
| Ana Briseno | ) | Hearing Date: March 29, 2012 at 10:15 am |
| **Debtor(s)** | ) | Judge  Susan Pierson Sonderby |

### ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**
The attorney and the debtor(s) [✓] have [ ] have not entered into the Court-Approved Retention Agreement.

**Attorney Certification:**
The attorney hereby certifies that:
1. All disclosures required by General Order 11-2 have been made, and
2. If a Flat Fee is requested, the attorney and the debtor have not entered into any agreements other than the Court-Approved Retention Agreement.

**Compensation for services previously awarded in this case:**
[✓] None   [ ] a total of $_____, pursuant to orders entered on the following dates: _____.

**Compensation for services now sought in this case:**
$ 3500.00   flat fee for services through case closing
$ _____   for itemized services (itemization attached).

**Reimbursement now sought for expenses advanced by the attorney:**
$ 281.00   for filing fee paid by the attorney with the attorney's funds
$ 159.00   for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization attached)

$ 440   Total reimbursement for expenses requested.

**Additional expenses incurred in the case for which the attorney is not seeking reimbursement (either paid by the debtor(s) directly or paid by the attorney with funds provided by the debtor(s)):**
$ _____ for filing fee
$ _____ for other expenses, itemized as follows:
   $ _____ Describe expenses: _____
   $ _____ Describe expenses: _____
   (add more lines if needed)

$ _____ Total non-reimbursable expenses pre-paid by the debtor (this amount not to appear on fee order).

**Funds received from debtor for services and expenses advanced by the attorney:**
[ ] None
$ 350.00   for services
$ _____   for expenses advanced by the attorney

**Itemization of time:**   [✓] Not submitted   [ ] Attached to this application.

Date of Application: 03/02/2012            Attorney's signature: /s/Patrick J. Semrad

Robert J. Semrad & Associates
20 S. Clark, 28th Floor
Chicago, IL 60603
312-913-0625

Form No. 23, revised 3/21/11

# EXPENSES

| Expense | Date Incurred | Total Charge |
|---|---|---|
| Chapter 13 filling fee | 01/27/12 | $281.00 |
| Copy costs | 01/27/12 | $10.00 (100 pages/ .10 per copy) |
| Postage Cost | 01/27/12 | $10.00 |
| Credit Report | 01/27/12 | $44.00 |
| Real Estate Comps | 01/27/12 | $17.50 |
| Real Estate Comps | 01/27/12 | $17.50 |
| Amendment Fee | 02/22/12 | $30.00 |
| Credit Counseling | 01/24/12 | $30.00 |
| **TOTAL CHARGE** | | $440.00 |