UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| HECTOR AND ANA BRISENO, | ) | Bankr. No. 12 B 02903 |
| | ) | |
| Debtors. | ) | Honorable Janet S. Baer |
| | ) | |

**ORDER DENYING DEBTORS' MOTION TO AVOID JUNIOR MORTGAGE LIEN
(4731 SOUTH WOOD STREET PROPERTY)**

This matter coming to be heard on the motion of debtors Hector and Ana Briseno (the "Debtors") to determine pursuant to 11 U.S.C. § 506(a) the value of the Debtors' real property located in Chicago at 4731 South Wood Street (the "4731 Property") and pursuant to 11 U.S.C. § 506(d) to avoid the second mortgage lien on the 4731 Property which is held by creditor Mutual Federal Savings and Loan Association (the "Creditor") (ECF No. 38), the Court having jurisdiction over the subject matter and all necessary parties, the Court having considered the pleadings, the exhibits thereto, the Court's docket, and all testimony from trial, and for the reasons stated in the Memorandum Opinion entered on this date:

IT IS HEREBY ORDERED that the value of the 4731 Property is $70,000 as of the petition date.

IT IS FURTHER ORDERED that the Debtors may not avoid the Creditor's second mortgage lien under 11 U.S.C. § 506(d), as that statute does not provide the vehicle for the relief requested. Therefore, the Debtors' motion is denied without prejudice.

Dated: August 2, 2013                              ENTERED:  *Janet S. Baer*

JANET S. BAER
United States Bankruptcy Judge